## HAYS v. EVERETT.

No. 13900—Opinion Filed Oct. 14, 1924.

Second Rehearing Denied May 5, 1925.

Commissioners' Opinion, Division No. 3

Error from District Court, Marshall County; Geo. S. March, Judge.

Action between Louisa Hays, by her guardian, J. W. Johnson, and D. L. Everett. From the judgment, the former appeals. Affirmed.

Minter &. McClendon and Geo. E. Rider, for plaintiff in error.

A. A. Kelley, John G. Ellinghausen, and Edwin A. Ellinghausen, for defendant in error.

Opinion by JONES, C. The facts in this case are practically identical with, and governed by the same rules of law as the case of Louisa Hays v. Woods et al., No. 13897, recently decided by this court,, found in 110 Okla. 45, 236 Pac. 3, wherein the judgment of the trial court was affirmed, and a discussion of the issues involved and citation of authorities will be found, and are here referred to and adopted as the opinion in this case; and we therefore recommend that this case be affirmed.

By the Court: It is so ordered.